UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| ANNETTA BILBRUCK | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: CV-406-271 |
| | ) |
| KERBY ENTERPRISES, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Parties, by counsel, have filed a Stipulation of Dismissal with Prejudice in the above-referenced matter. Good cause having been shown, this Court dismisses the case, with prejudice.

SO ORDERED, this _20_ day of June, 2007.

_____
Judge, United States District Court
Southern District of Georgia
Savannah Division